# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:19-cv-00748-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATION FOR A VOLUNTARY REMAND<br><br>ECF No. 16 |

Pursuant to the stipulation of the parties, ECF No. 16, this case is hereby remanded under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Dated: March 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.