# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-0748-JDP<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>ECF No. 18 |

　　　　Pursuant to the stipulation of the parties, ECF No. 18, it is hereby ordered that attorney fees, in the amount of five-thousand four-hundred dollars ($5,400), are awarded to plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __June 11, 2020__　　　　　　　　　　__/s/ Jeremy Peterson__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1